**Cornell GASTON, Appellant,**

v.

**ROHA USA, LLC and Division
of Employment Security,
Respondent.**

No. ED104731

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed December 27, 2016

Cornell Gaston, Saint Louis, MO, Appellant Pro Se.

Larry R. Ruhmann, Jefferson City, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

### ORDER

PER CURIAM.

Cornell Gaston ("Gaston") appeals from the Labor and Industrial Relations Commission's (the "Commission") determination that he was disqualified from receiving unemployment benefits because he committed misconduct in connection with his employment at ROHA USA, LLC. On appeal, Gaston argues the Commission erred in concluding he committed misconduct because the Commission impermissibly put the burden on him to prove that the errors he was accused of were actually caused by him. Gaston also contends the Commission erred in concluding he committed misconduct because the decision was not based on competent and substantial evidence. We have reviewed the briefs of the parties and the record on appeal, and we find the Commission did not clearly err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).